

RECEIVED DEC 17 2019 PRO SE OFFICE

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**19 CV 11551**

| Mark C. Christenson, | v | John Sekulow, |
| plaintiff | | respondent |

Should it please the court suit for ruling here cover

2

Petition for Ruling

Pray I   financier respondent

Land parcel

Construction

Completion

Delivery

Bill of sale

I pray thee

Aforethought

I pray trespass rule

3

## Prayer for Entry

I pray have the court clerk record the ruling

I do solemnly swear the aforementioned to be true

Dated this 2 day of December, 2019.

*Mark C. Christenson*
12-6-19

Mark C. Christenson
11313 19th Av NE
Seattle, WA 98125



Mark C. Christenson
11313 19th Av NE
Seattle, WA 98125

SPOKANE WA 990
07 DEC 2019 PM 1 L

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
Pro Se Intake
KH

RECEIVED
DEC 17 2019
PRO SE OFFICE

SDNY

10007-133058