UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK C. CHRISTENSON,<br><br>      Plaintiff,<br><br>  -against-<br><br>JOHN SEKULOW,<br><br>      Defendant. | 1:19-CV-11551 (CM)<br><br>CIVIL JUDGMENT |

   Pursuant to the order issued January 3, 2020, dismissing this action without prejudice,

   IT IS ORDERED, ADJUDGED, AND DECREED that under the Court's June 20, 2018

order in *Christenson v. Roe*, ECF 1:18-CV-3319, 3, this action is dismissed without prejudice.

   The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

   IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

Dated: January 3, 2020
    New York, New York

                 _____
                 COLLEEN McMAHON
             Chief United States District Judge